## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-51243 |
| | § | |
| NATIONAL TRUCK FUNDING, LLC, | § | CHAPTER 11 |
| | § | |
| DEBTOR. | § | |
| | § | |

### DEBTOR'S OMNIBUS MOTION AND INCORPORATED MEMORANDUM IN SUPPORT FOR AN ORDER PURSUANT TO 11 U.S.C. § 363(b) AUTHORIZING DEBTORS TO SELL CERTAIN ASSETS FREE AND CLEAR OF LIENS AND OTHER INTERESTS

**NOW INTO COURT**, through undersigned counsel, comes National Truck Funding, LLC ("NTF" or "Debtor") as the Debtor in Possession herein, and files this motion (the "Motion") for the entry of an order pursuant to section 363(b) of title 11 of the United States Code (the "Bankruptcy Code") authorizing the Debtor to sell or dispose of certain assets, and in support thereof respectfully represents as follows:

1.

This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2.

On June 25, 2017 (the "Petition Date"), the Debtor filed with this Court a voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code. Since the Petition Date, the Debtor has operated as a Debtor in Possession, pursuant to 11 U.S.C. §§ 1107 and 1108.

1

3.

The Debtors are the owners of certain assets, namely trucks (the "Used Truck Assets"), as identified in **Exhibit A**, attached hereto. As stated in the *Affidavit of Alan Walls in Support of Chapter 11 Petitions and First Day Pleadings* ("Walls Aff."), a regular part of NTG's business model is to update its fleet periodically by selling used trucks. *See* Walls Aff., ¶ 9 [ECF Doc. 13]. The Debtor believes this practice of periodically selling off used trucks to allow NTF to upgrade its fleet falls within ordinary course operations; however, out of an abundance of caution, the Debtor wishes to keep the Court abreast of its daily operations and seeks a "comfort" Order from this Court authorizing the Debtor to continue to sell its used trucks periodically.

4.

Upon information and belief, certain creditors may claim a security interest in each Used Truck Asset.

5.

Exhibit A, attached hereto, identifies each Used Truck Asset, the creditor asserting a security interest on that truck, and an Estimated Minimum Sale Price (the "Min. Sale Price") indicating a the minimum potential sale price that the Debtor estimates based on experience at recent auctions that it will be able to obtain from the sale of each Used Truck Asset.

6.

The Debtor has no further use for these Used Truck Assets and they constitute a burden to the estate insofar as they require maintenance and the Debtor must maintain insurance on the vehicles. Further, the failure to sell its used truck fleet prohibits the Debtor from upgrading its truck fleet in order to remain competitive in the truck industry.

7.

The Debtor respectfully submits that the proposed sale of the Used Truck Assets is in the best interest of the Debtor and its creditors insofar as it results in the liquidation of assets of the estate for which the Debtor has no further use, and does so in a manner that eliminates any further need for maintenance and repair of the assets or insurance of the Used Truck Assets.

8.

The Debtors maintain that, if it is required to return to this Court to request permission each time it desires to sell a Used Truck Asset and must give the full twenty-one days' notice to the creditor claiming a security interest on the particular Used Truck Asset, the Debtor's daily operations would be severely hamstrung and irreparably harmed. Therefore, the Debtor seeks an Omnibus Order allowing the Debtors to sell, using its best efforts and business judgment, each Used Truck Asset at an amount above the Min. Sale Price listed on Exhibit A. The Debtor proposes to use best efforts to sell each Used Truck Asset after providing five days' notice to the following: the Office of the United States Trustee and the individual creditor claiming a security interest on the particular Used Truck Asset for sale. Alternatively, at the Debtor's discretion, the Used Truck Asset may be either placed in the Debtor's rental truck program if a renter can be located or returned to the creditor claiming a security interest in a particular Used Truck Asset.

9.

Therefore, pursuant to 11 U.S.C. § 363(b) of the Bankruptcy Code, the Debtor seeks an Order authorizing the Debtor to sell each of the Used Truck Assets for an amount above the Min. Sale Price listed on Exhibit A in the exercise of the reasonable business judgment of the Debtor, or, alternatively, at the Debtor's discretion, place the Used Truck Asset in the Debtor's rental

truck program if a renter can be located or return the Used Truck Asset to the creditor claiming a security interest in the particular Used Truck Asset .

10.

The Debtor will remit to the creditor claiming a security interest in the particular Used Truck Asset the proceeds of the sale, except that, in the event the claimed security interest is paid in full by the proceeds from the sale of the Used Truck Asset, the Debtor will retain any excess proceeds above the amount of the claimed security interest.

11.

The Debtor reserves all rights to challenge any claimed security interests in the Used Truck Assets if it determines that any claimed security interests are not properly perfected.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an Order (i) authorizing the sales of the Used Truck Assets identified herein for an amount above the Min. Sale Price listed on Exhibit A attached to the Motion for each Used Truck Asset; (ii) that the sales be free and clear of liens, with all liens, if any, attaching to the proceeds of the sale; and (iii) for such other and further relief as is just and proper.

Respectfully submitted,

WESSLER LAW FIRM

*/s/ William P. Wessler*
WILLIAM P. WESSLER (MS #7110)
1624 24th Avenue
Gulfport, MS 39501
Telephone: (228) 863-3686
Facsimile: (228) 863-7877
E-mail: wwessler@cableone.net

**AND**

4

LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD

/s/ Stewart F. Peck
STEWART F. PECK (LA #10403),
*Admitted pro hac vice*
CHRISTOPHER CAPLINGER (#25357),
*Admitted pro hac vice*
MEREDITH S. GRABILL (LA #35484),
*Admitted pro hac vice*
JAMES W. THURMAN (AL #2400S15B),
*Admitted pro hac vice*
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
E-mail:speck@lawla.com; ccaplinger@lawla.com;
mgrabill@lawla.com; jthurman@lawla.com

*Proposed Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for an Order Pursuant to

11 U.S.C. 363(b) Authorizing Debtors to Sell Certain Assets Free and Clear of Liens and Other

Interests has been served upon the parties that receive electronic notice via the Court's CM/ECF

system, as well as those parties listed on the attached service list via first class mail on this 6th of

July 2017.

/s/ Meredith S. Grabill

Label Matrix for local noticing
0538-6
Case 17-51243-KMS
Southern District of Mississippi
Gulfport-6 Divisional Office
Thu Jul  6 16:53:57 CDT 2017

Blue Cross Blue Shield of Mississippi
C/O Marcus M. Wilson
Bennett Lotterhos Sulser & Wilson, P.A.
Post Office Box 98
Jackson, MS 39205-0098

National Truck Funding,  LLC
9140 Canal Road, Ste. 100
Gulfport, MS 39503-9620

PACCAR Financial Corp.
c/o Olivia Spencer, Esq.
Post Office Box 123
Jackson, MS 39205-0123

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501-2036

A&E Auto Glass
151 North Sierra Heights
Mesa, AZ 85207-7852

ABC Towing
18401 28th St.
Long Beach, MS 39560-9055

ABCO Towing & Recovery
2004 West Pine Street
Hattiesburg, MS 39401-7562

ADP USA
2420 West 14th St. Ste. A
Tempe, AZ 85281-6963

AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019

AZ Department of Revenue
Attn: Collections Divisions
P.O. Box 29085
Phoenix, AZ 85038-9085

Abdikadir Adhan
816 Ridge Creek Dr.
Clarkston, GA 30021-2055

Able Spring & Alignment
13 West 24th Street
Kenner, LA 70062-4814

Action Tire Company
410 Lee's Mill Road
Forest Park, GA 30297-2458

Adelekan Adetunji
5101 Leeland Drive
Marietta, GA 30063-0001

Adugna Ferede
3186 Sunderland Dr.
Snellville, GA 30039-4645

Ahmed Thabata
20864 Crestmont Lane
Dearborn Heights, MI 48127-2615

Airgas USA, LLC
10419 Three Rivers Rd.
Gulfport, MS 39503-3551

Al Alewine
3208 Bath Patterson Rd.
Hephzibah, GA 30815-5550

Alan Wiltse Jr.
1486 Old Moody Road
Eddy, TX 76524-3207

Alexander Aleman-Hernandez
9363 Fountainbleau Blvd. Apt. 103
Miami, FL 33172-5602

Ali Kareem
3350 Sweetwater Rd.
Lawrenceville, GA 30044-6543

America's Truck Source, Inc.
4231 Northeast Expressway
Atlanta, GA 30340-3802

American Express
P.O. Box 360001
Fort Lauderdale, FL 33336-0001

American Success IT
80 Oleander Court
Mandeville LA 70471-6789

American Towing & Recovery
981 Motsie Road
Biloxi, MS 39532-2201

American Truck Group
9140 Canal Road
Gulfport, MS 39503-9620

Andre Simmons
6621 Accrington Ct.
Charlotte, NC 28227-1022

Andre Warren
2727 Orchard Street
Blue Island, IL 60406-1577

Andres Burciaga, Jr.
12712 Tierra Aurora Dr.
El Paso, TX 79938-4784

Andrew O'Conner
1844 SW Cofalu Circle
Port Saint Lucie, FL 34953

Andrigo Rocha
16520 Larch Way G301
Lynnwood, WA 98037-8120

Angel Cisneros
1631 Linden Avenue
Long Beach, CA 90813-1917

Anthony Scotto
2041 Midway Avenue
Chesapeake, VA 23324-2850

Antonio Conyers
5259 Ridge Forest Dr.
Stone Mountain, GA 30083-3898

April Fenner
153 Spring St.
Jonesboro, GA 30236-3558

Area Wholesale Tire Company
P.O. Box 2723
Baton Rouge, LA 70821-2723

Argelio Camuy, Jr.
2729 Stone Oak Dr.
Orlando, FL 32837-5320

Arizona Brake & Clutch Supply, Inc.
P.O. Box 6369
Phoenix, AZ 85005-6369

Arizona Dept. of Revenue
Attn: License & Registration
P.O. Box 29032
Phoenix, AZ 85038-9032

Arletta Howard
4544 Ravenwood Pl
Union City, GA 30291-1096

Armand Ngounou Kouatou
8608 Jacks Reef Road
Laurel, MD 20724-1712

Armando Vicinay
20 Cushee Pond Way
Raynham, MA 02767

Arrow Truck Sales
3200 Manchester Trafficway
Kansas City, MO 64129-1336

Arthur Jackson
1113 Peachtree Street
Gadsden, AL 35901-3966

Ashley Sutherland
864 Dover Street
Tallahassee, FL 32304-2470

Associates Asset Recovery, LLC
P.O. Box 12470
Florence, SC 29504-2470

Ataimi Hernandez
301 32nd Street East #305
Williston, ND 58801-5063

Auto Body Rebuilders, Inc.
4410 Hwy 82 West
Leland, MS 38756

Automotive Painters Supply
2608 28th Street
Gulfport, MS 39501-4804

Avain Day
516 Parkwood Dr.
Columbus, GA 31907-5147

Ayad Huraiz
7406 Marc Dr.
Falls Church, VA 22042-3612

Baham Amrollahi
514 Mcintosh St.
Chula Vista, CA 91910-1504

Barksdale Transport Ltd, LLC
7305 Hancock Villiage Dr.
Chesterfield, VA 23832-2771

Bart Martinez
4918 Nichols Street
Houston, TX 77020-8806

Basil Bennett
145 Colebrook St.
Hartford, CT 06112-1413

Ben Ochoa
3912 Willow Brook Court
Las Cruces, NM 88005-3613

Benjamin Johnson
1804 Garnet Avenue
San Diego, CA 92109-3352

Benjamin Opoku
135 Hickory Hollow Place
Antioch, TN 37013-3013

Benjamin Opoku #3
300 Hickory Hollow Place
Antioch, TN 37013-3048

Bennie Braswell
9330 Quail Road
Olive Branch, MS 38654-8373

Bernard Love
128 Laurel Circle
Americus, GA 31719-2870

Big 2 Engine Rebuilders, Inc.
3214 25th Avenue
Gulfport, MS 39501-5909

Big One Truck Wash
112 Ben Drive
Gulfport, MS 39503-3460

Bll Schaal
23089 Mark Twain Drive #391
Twain Harte, CA 95383-9830

Blue Cross/Blue Shield of Mississippi
2111 19th Avenue
Gulfport MS 39501-4743

Bobby Clowers
EC1 Box 11
Williamsville, MO 63967-9501

Bocar Diallo
1111 S. Reservoir St.
Pomona, CA 91766-3847

Bollier Family Trust
11457 Regency Lane
Carmel, IN 46033-3972

Bolllier, Gerald
11457 Regency Lane
Carmel, IN 46033-3972

Bradley Robinson
1102 Korb Road
Mansfield, PA 16933-9685

Brandon Scott
227 Bandelier Circle
Hampton, GA 30228-3738

Braxton Bernard
314 Westwood Dr.
Crowley, LA 70526-3241

Brian Rogers
247 Nott Road
Mooresville, NC 28115-8505

Bruce Grier
8185 Morning Sun Cove
Walls, MS 38680-8514

Bruckner Keough Trust
Attn: Lawrence Bruckner
110 Locust Street
Thomson, IL 61285

Bruckner, Clarence
3221 Red Bluff Circle
Ocean Springs, MS 39564-9161

Bryant Dukes & Blakeslee PLLC
P.O. Box 10
Gulfport, MS 39502-0010

Bryant Lee
4349 Crest Heights Rd.
Baltimore, MD 21215-1309

Byron Williams
108 Misty Ct.
Waxahachie, TX 75165-1350

Cambridge Williams / Cambridge Transport
1107 River Bend Road
Vicksburg, MS 39183-8317

Cameron Prater
2923 Military Road
Columbus, MS 39705-9167

Capital Volvo Truck & Trailer
P.O. Box 9427
Montgomery, AL 36108-0009

Carl Dewar
1706 Fritwell Ct
Ocoee, FL 34761-7717

Carl Feathers, Jr.
810 Chapel Street
Ottawa, IL 61350-3010

Carlo Smith
2735 Frank Lane
Douglasville, GA 30135-1827

Carlos Carillo
424 Circulo Cisne Apt. 1
Rio Rico, AZ 85648-6713

Carlos Maresma
141 Polaris Street
Morgan City, LA 70380-5220

Carmolita Davis
1640 Rogers Crossing Dr.
Lithonia, GA 30058-7006

Charles Dulaney
390 Forrest Rd
College Park, GA 30349-2706

Charles M. or Michelle Berry
154 Rock Bass Ct
Madisonville, LA 70447-9321

Charles Martin
7769 Windover Way
Titusville, FL 32780-3717

Charles Trotman
2243 Rattan Court
Bryans Road, MD 20616-4240

Charlotte Otis
774 Sharon Hill Drive
Biloxi, MS 39532-4314

Charter Bank
Charter Bank Biloxi Main
1721 Medical Park Drive Ste. 103
Biloxi, MS 39532-2155

Chase (5081)
P.O. Box 94014
Palatine, IL 60094-4014

Chase (6740)
P.O. Box 94014
Palatine, IL 60094-4014

Chase (8834)
Cardmember Services
P.O. Box 94014
Palatine, IL 60094-4014

Chase Ballard
102 E. St. Roswell
Roswell, NM 88203

Chico Roberts Sr.
1801 Patterson Street
McKeesport, PA 15132-5545

Christopher Barbeau
18535 Caleb Jordon Dr. #108
Cornelius, NC 28031-4506

Christopher Dallaire
10437 S. High Plains Ranch
Vail, AZ 85641-6660

Christopher Jude
2427 SW 25th Ave
Miami, FL 33145-3639

Christopher Sherman
420 Springfield Circle
Jackson, MS 39209-2430

Ciro Hernandez
1210 Jefferson Davis Hwy
Fredericksburg, VA 22405-4507

Clarence Corker
15825 South West 105th Court
Miami, FL 33157-1570

Cliff Barber
38811 Summit Rock Lane
Murrieta, CA 92563-8821

Conrad Anderson
9287 Huntington Ave.
Denham Springs, LA 70726-2218

Conway Freight
10331 Three Rivers Rd
Gulfport, MS 39503-3553

Corey Mason
P. O. Box 280146
Memphis, TN 38168-0146

Corey Suber Sr.
19 Willow Wood Drive
Spartanburg, SC 29303-7569

Cornelius Gould
1800 Old Pond Dr.
Arlington, TX 76011-4231

Corporate Billing, Inc.
Dept. 100
P.O. Box 830604
Birmingham, AL 35283-0604

Cortney Lambert
2931 200th Pl
Lynwood, IL 60411-6919

Cory Dewart
401 Ave F SE
Childress, TX 79201-6442

Curits Aliceburg
466 Lark St.
Prince George, VA 23875-3427

Cyrus Lockett
500ld Hamburg Road
Uniontown, AL 36786

Daimen Gibson
54 Brian Cliff Rd.
Atco, NJ 08004-2249

Dallas Thompkins
481 Fortson Street, Suite A
Shreveport, LA 71107-6957

Damani Rabuttu
114 Brown Street
Sumter, SC 29150-3608

Damon Richard
501 Courier Avenue, #B
Redlands, CA 92374-3478

Daniel Echavarria
13709 Paseo Serano Dr.
El Paso, TX 79928-8430

Daniel Moore d/b/a Moore Backhoe Service
19514 CR 2142
Troup, TX 75789-5211

Daniel Ryan
731 South 9th Street
Clinton, IA 52732-5518

Darnell Allen
5738 Doulton
Houston, TX 77033-2002

Darnell Theriot
2600 Westhollow Drive, Apt. 162
Houston, TX 77082-1912

Darryl Grant
4917 High Meadow Rd
Durham, NC 27712-2815

David Cramer
200 Brown Street
Williamsport, PA 17702-6804

David Davila
3501 San Salvador St.
Laredo, TX 78046-6320

David Greenman
19353 Lancaster Rd.
Live Oak, FL 32060-6105

David Hunter
29098 Bedrock Ct.
Nuevo, CA 92567-8910

David LaRosa - Tax Collector
Tax Collector
P.O. Box 1270
Gulfport, MS 39502-1270

David Smith
17 Daisy Lane
Foxworth, MS 39483-4868

David Speece
22 Seattle Slew Drive
Evans, WV 25241-9642

David Stewart
1203 Arbor View Circle
Diberville, MS 39540-4832

David Yarbrough
8708 Smith Avenue
Amarillo, TX 79108

David and Elizabeth Engstrom
14 Basswood Drive
Santa Rosa Beach, FL 32459-4366

David and Nell Guillot
905 Pine Street
Madisonville, LA 70447-9761

Deans Towing
1919 28th Street
Gulfport, MS 39501-6052

Deeric Harris
6606 Jadaglen Dr.
Dallas, TX 75241-3782

Delta Eady
4414 Grande Ave
Chattanooga, TN 37410-1821

Delvin Daniels
527 West Thurman Rd.
New Bern, NC 28562-7021

Deon Hicks
4509 Villager Dr.
Colorado Springs, CO 80911-3650

Derek Croft
2323 Anderson Ave. N.E.
Minerva, OH 44657-9139

Derrik Smith
1461 Avon Avenue SW
Atlanta, GA 30310-3909

Desmond Collins
102 Willow Dale Dr.
Gray, LA 70359-3517

Desmond Reddick
1608 Tupelo Street
New Orleans, LA 70117-1924

Detrique Cherry
5023 Begonia Dr.
Charlotte, NC 28215-8749

Dexter Howard
66 Elizabeth Road
Leland, MS 38756-9596

Diego Garcia
1508 S. Colorado St.
Monahans, TX 79756-7008

Dionda Edwards
2916 Medina Dr
Jonesboro, GA 30236-6813

Domingo Chua III
3028 Scotland Dr. Apt. 2
Edinburg, TX 78539-2266

Don Anderson
925 Bramwell Rd.
Richmond, VA 23225-7303

Donald Johnson
2105 N. Glebe Rd. Unit 1404
Arlington, VA 22207-2233

Dunaway Glass
1712 28th Street
Gulfport, MS 39501-6113

Duncan Ondala
3099 Wilderness Path
Woodbury, MN 55129-7801

Dwane Evans
4333 Savannah Lane
Atlanta, GA 30349-2010

Dwayne Hinton
11 Gracewood Dr.
Columbia, SC 29229-9209

Dwayne Jeter
12850 Highway 9N Suite 600-415
Alpharetta, GA 30004

Dwayne Johnson
4909 N. 48th St.
Milwaukee, WI 53218-4422

Dwight Mayo
3110 Lexington Lakes Avenue
Baton Rouge, LA 70810-0428

Eddie Williams
12576 Drysdale Lane
Yuma, AZ 85365-9716

Edward Baker
4651 Hwy 31
Opelousas, LA 70570-1566

Edward Best
800 Kennedy St
Clinton, NC 28328-4244

Eleazar Pureco Molinero
1435 Lilac Road
Ramona, CA 92065-1110

Eli Davis
133 Adams St.
Killona, LA 70057-3057

Emma Scott
68 John Scott Road
Petal, MS 39465-9017

Empire Truck Sales LLC
P.O. Box 54325
Jackson, MS 39288-4325

Enok Arisitiga
945 W. Manor Dr. Trailer #6
Nogales, AZ 85621-1051

Eric Sarpong
912 Hunters Run Drive
Richmond, VA 23223-2627

Eric Vincent
1715 Gosnell Road, #102
Vienna, VA 22182-2541

Eric Wright
23 Foxton Drive
Atco, NJ 08004-2486

Erik Duhaime
7520 Minstead Ave
Hesperia, CA 92345-7325

Ernest Major, Jr.
1000 Ashby Farm Dr., Apt. 203
Louisville, KY 40272

Estes or Shelby Deel
17412 Morrison Rd.
Meadowview, VA 24361-2404

Eva Bank
1710 Cherokee Ave SW
Cullman, AL 35055-5333

Ezra Robinson
683 McCluer Road
Jackson, MS 39212-5383

F Robert Ngatia d/b/a Marie's Pride Tru
10406  195th Street Ct. East
Graham, WA 98338

Felizardo Godoy
30445 West Roosevelt  Street
Buckeye, AZ 85396-5431

First United Management, Inc.
6 La Rue Court
Biltmore Lake, NC 28715-8969

Fleet Pride
P.O. Box 281811
Atlanta, GA 30384-1811

Florentino Price-Richard
1500 N. Pleasantview Road
Pottstown, PA 19464-2671

Fox Everett - Hub International
12260 Intraplex Parkway
Gulfport, MS 39503-4642

Francisco Peralez
1404 Ridge Loop
Palmview, TX 78574-0336

Frank Figueroa
3137 N. 2350 St.
Beecher City, IL 62414-4008

Fransisco Quintana
1013 W. Harrison Avenue
Lovington, NM 88260-3207

Freddie Coleman
2015 Progress St.
Fayetteville, NC 28306-2219

Freddie Richardson
8161 Quad Square Drive
Baton Rouge, LA 70814-1244

Frederick Ellington
74 Valley Brook Dr.
Dallas, GA 30132-5483

Frederick Smith
1610 Antler Circle
Conway, AR 72034-8677

Frederick Ssenjakko
205 Claystone Court
Macon, GA 31216-5287

Freightliner of Arizona, LLC
Dept. 880097
P.O. Box 29650
Phoenix, AZ 85038-9650

Gaik Babloyan
610 E Acacia Avenue
Glendale, CA 91205-3044

Gary Chambers
10245 189th St. #1
Hollis, NY 11423-3117

Gear & Axle Mobile
8801 Bellingrath Road
Theodore, AL 36582-2711

Gear Shop, Inc.
3917 East Illini
Phoenix, AZ 85040-1928

Gene Parker Jr.
237 N. New Avenue
Highland Springs, VA 23075-1829

George Knight
1121 NE Miles Rd.
Blythewood, SC 29016-8101

Georgi Ermenkov
255 114th Ave. N. Bldg 7 Apt. 3
Saint Petersburg, FL 33716-2820

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Gerald Gilbert
309 Emerald Creek Drive
Jasper, GA 30143-5848

Glenn Millsaps, Jr.
783 Harris Ridge Road
Stony Point, NC 28678-9223

Global Parts, Inc.
P.O> Box 1008
Conley, GA 30288-7008

Gordia Hayes
7972 Regiment Dr.
Pensacola, FL 32534-4162

Greg Barlow
1117 Forest Avenue
Jamestown, NY 14701-9509

Gregory Rivers
3725 Priceton Lakes Pkwy.
Atlanta, GA 30331-5532

Gregory Talese
3800 N. El Mirage Drive, Apt.
Avondale, AZ 85392-3843

Gwen Hilton
920 Lake Rushin Dr.
Columbus, GA 31907-5025

Hannah Baby, LLC
Mike or Cindy Brander
1509 Kuebel Street
Harahan, LA 70123-2274

Harley Ridgeway
2620 West Avenue
Rifle, CO 81650-3127

Harold Hughes
4442 Iran Street
Denver, CO 80249-7304

Heather Johnson
13311 Route 6
Clarendon, PA 16313-1157

Hector Esparza Salazar
4970 S 86th Parkway Apt. 8
Omaha, NE 68127-2679

Hector/Felicia Melvin
70 Clover Lane
Clinton, NC 28328-8823

Henry Smith
314 Harper Street
New Llano, LA 71461-9718

Herbert McFadden
365 West Thomas Street
Lake City, SC 29560-3254

Herbert Ratliff Jr.
124 Dobbins Street
Hamlet, NC 28345-4631

Herman Johnson
3 Gemini Dr.
Elizabeth City, NC 27909-9309

Horace Fisher
22 A Hopewell Ln
Sicklerville, NJ 08081-2539

Horace Kelly
2023 N. Wolse
Baltimore, MD 21213-1403

Howard Burley
8370 4th Avenue
Hesperia, CA 92345-4019

Howard Smith Equipment Service, Inc.
P.O. Box 1498
Gulfport, MS 39502-1498

IRA Services Trust Co.
CFBO Gerald R. Bollier
San Carlos, CA 94070

Inland Kenworth (US) Inc.
8314 West Roosevelt Tolleson
Tolleson, AZ 85353

Inseul Mareus
2709 20th Street West
Lehigh Acres, FL 33971-5563

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
c/o United States Attorney
1575 20th Avenue
2nd Floor
Gulfport MS 39501-2040

Internal Revenue Service
c/o United States Attorney
501 E. Court Street, Ste. 4.430
Jackson, MS 39201-5025

Interstate Billing Service
P.O. Box 2208
Decatur, AL 35609-2208

Isaias Olivas
10425 Omega Circle
El Paso, TX 79924-2412

Istvan Kriston
720 E Lake Rd.
Quincy, FL 32351-7340

Ivan Austin
22911 Baywood Dr.
Moreno Valley, CA 92553-6408

JB&B Investments, LLC
1111 Northshore Drive P-195
Knoxville, TN 37919-3803

Jaime Garza
1111 Hancock Village Dr.
Chesterfield, VA 23832

Jaime Gomez
13410 Osborne Street
Arleta, CA 91331-4728

Jalmar Figueroa
43 Poplar Avenue
Egg Harbor Township, NJ 08234-7644

James Goff Jr.
5000 Harbor Lake Dr. Apt. 31 C
Goose Creek, SC 29445-5993

James Huckabee
16363 Hwy 154
Grove Hill, AL 36451-4026

James Parker
336 E. Rockingham Street
Elkton, VA 22827-1506

James Randall
2293 Azalea Drive
Grants Pass, OR 97526-8216

James Shows
389 Sanders Road
Minden, LA 71055-8062

James Williams
21 S. Adams Street
San Angelo, TX 76901-3366

Jami Boudinot
102 West Adams Street
La Farge, WI 54639-7914

Jarvis Hill
362 Nicklaus Lane Apt. 1
Starkville, MS 39759-6622

Jason Cartwright
925 Century Oak Drive
Winder, GA 30680-3504

Jason Parke
1171 East 59th Street
Brooklyn, NY 11234-3301

Jaxson Elliot
950 Newark St
Aurora, CO 80010-4164

Jean Sosa
7100 Agava Lane
Charlotte, NC 28215-7168

Jeff/Kathrine Derosia
807 W. Main St
Henderson, TX 75652-3054

Jeffery Bates
102 B. Derwent Ct.
Greenville, NC 27858-1543

Jeffrey Bradshaw
5 Trapp Ct.
Augusta, GA 30904-6565

Jeffrey Jimenez
50 Olcott St. Apt. 112
Manchester, CT 06040

Jeffrey Martin
3135 East Suffock Avenue
Kingman, AZ 86409-1605

Jeffrey/Erica Thornton/Williamson
5093 Donnell Way
Decatur, GA 30035-3630

Jermel Beverly
157 Bishop Dr.
Westwego, LA 70094-2527

Jerry Barron
2637 Old Hapeville Rd. SW #10B
Atlanta, GA 30315-8228

Jerry Rush
110 Briergate Pl.
Fayetteville, GA 30214-3931

Jesse Brown
112 Railroad St
Mc Intyre, GA 31054-2049

Jesus Carnero
15241 SW 30 Terrace
Miami, FL 33185-5639

Jimmie Thomas
3558 Jackson Street
Shreveport, LA 71109-4104

Jimmy Ross
418 Terry White Road
Aragon, GA 30104-2024

Joe Jackson
410 Priceton Avenue
West Memphis, AR 72301-4121

Joey Williams
307 Sandpine Road
Columbia, SC 29229-7790

John Creamer
1106 W 37th St.
Erie, PA 16508-2452

John Hargis Jr.
55750 Wingate Ford Rd.
Jamestown, MO 65046-2263

John P. Williams d/b/a John William Ent
210 Stone Oaks Trail
Camdenton, MO 65020-2363

John Phills
19346 Mardi Gras Street
Orlando, FL 32833-3011

John Rainey
309 Coulee Croche Road
Cankton, LA 70584-5909

John Tate
3591 Sunfish Street
Murrells Inlet, SC 29576-6027

John Utterback
425 Armor Drive
Springfield, IL 62704-5203

Johnnie Crawford
237 Oak Street
Fayette, MS 39069

Johnny Litton
171 Woodward Drive
Helenwood, TN 37755-5329

Johnny Torres
7400 Jones Drive, Unit 1015
Galveston, TX 77551-2113

Johnson's Diesel
12262 Parker Creek Road
Biloxi, MS 39532-8100

Jolynn Stevens
93 Hannigan Road
Hodgdon, ME 04730-4012

Jorge Garcia
7668 S. Dorset Ct.
Tucson, AZ 85746-2544

Jorge Ortiz
375 Aries Place
Lathrop, CA 95330-9589

Jose Dominguez
4220 West Kaler Dr
Phoenix, AZ 85051-7332

Jose Quintero - Flores
12106 Glass Road
San Angelo, TX 76901-7353

Jose Rodriguez
11725 Clair Place
Clermont, FL 34711-7337

Jose Turcios
745 Van Buren Avenue
Elizabeth, NJ 07201-1626

Joseph Johnson
3486 Dry Run Rd.
Burlington, WV 26710-7492

Joseph Johnson Jr.
9813 Tollworth Circle
Randallstown, MD 21133-2023

Joseph Santos
84 Willis Street, Apt. #1
New Bedford, MA 02740-5368

Joy Pickens
4263 Alpenhorn Drive #9
Comstock Park, MI 49321-8745

Juan Bruzual
430 Lavender Circle
Fort Lauderdale, FL 33327

Juan Furentes
1503 S. Mineola St.
Midland, TX 79701-7433

Julie Jenkins
325 Alamosa Dr
Chaparral, NM 88081-7877

Julio Hernandez
11335 Victory Cavern
San Antonio, TX 78254-6205

June Allison McGown
3221 Red Bluff Circle
Ocean Springs, MS 39564-9161

Justin Craft
921 Cedarpine St.
Henderson, NV 89011-1813

Justin Jones
150 Cedar Lane
Beulaville, NC 28518-6899

Keith Davis
2776 N. 800 West
Winamac, IN 46996-8109

Kelvin Able
310 County Road 816
Orrville, AL 36767-2839

Kendric Goode
725 Still Lake Dr.
Lawrenceville, GA 30046-8243

Kendrick Hayes
529 Terraceview Cove Apt. 2
Altamonte Springs, FL 32714-1757

Kendrick Smith
2613 Quarry Springs Rod
Raleigh, NC 27610-5651

Kenneth Gentry
1005 CR 253
Blue Springs, MS 38828-9470

Kenneth Joseph
4126 Tennessee Ave.
Charlotte, NC 28216-3861

Kenneth Krolski
14646 N. 90th Dr.
Peoria, AZ 85381-3550

Kenneth Reese
1705 Willow Oak Lane, Unit
Dalton, GA 30721-0220

Kenneth Stanley
4586 US Highway 60
Dry Branch, GA 31020

Kenney Boyd
2200 Surrey Trial SE
Conyers, GA 30013-2220

Kennith Green Jr.
2575 Woodley Rd.
Montgomery, AL 36111-2847

Kenworth of Mobile
8620 I-10 Service
Irvington, AL 36544-2417

Kevin C. Faerber
c/o Mariano J. Barvie
PO Box 1510
Gulfport, MS 39502-1510

Kevin Fennal
2067 SE Bershire Blvd
Port Saint Lucie, FL 34952-6902

Kevin Van Natten
1702 Knollwood Drive
Middletown, NJ 07748-2860

Kimberly Normand
80 Oleander Court
Mandeville, LA 70471-6789

Kurt Stauffer
Paces Landing Trace
Newnan, GA 30263

Kwende Lavell Hodges
P.O. Box 1501
Griffin, GA 30224-0036

Lamar Lyons
3000 Evangeline Street, Apt. 139
Monroe, LA 71201-3833

Lance Nunley
608 Medford Road
Stillwater, OK 74075-1867

Larell Powell
2146 Amish Court
Morrow, GA 30260-2601

Larry Martin
5002 Lance Look
Killeen, TX 76549

Larry Upshaw
3225 Redona Drive
Atlanta, GA 30349-4046

Latrese Ratliff
4418 S. Shields Avenue
Chicago, IL 60609-3632

Leon Glass
5649 Garrett Knolls
Powder Springs, GA 30127-3567

Leslie Burgress
10810 Winchester St. Apt. 220
Waldorf, MD 20603-7220

Lester Benn Jr.
26 Byron Court.
Hiram, GA 30141-5704

Lewis & Aquilla-Riley
201 Old Fitzgerald Dr.
Broxton, GA 31519-3037

Linda Walker
US EEOC
100 W. Capitol Street, Suite 338
Jackson, MS 39269-1603

Lisa Carrillo
20C Gregory Rd.
Watsonville, CA 95076-5510

Lisduany Perez Menegia
3702 Coopers Pond Drive, Unit
Tampa, FL 33614-4265

Lonnie Morton
4222 Audrey Avenue, Apt. A
Baltimore, MD 21225-2346

Lorenzo Socarras
2030 Cascades Blvd., Apt. 10
Kissimmee, FL 34741-3445

Louis J. Normand, Jr.
80 Oleander Court
Mandeville LA 70471-6789

Lucas Daniels
10623 Pecan Lane
Jonesboro, GA 30238-8842

Luis Macias
12103 Chapel Hill
El Paso, TX 79928-2111

MESC
55 North Center
Mesa, AZ 85201-7320

MEC Kenworth
P.O. Box 879269
Kansas City, MO 64187-9269

MS Dept. of Transportation
P.O. Box 1850
1850 Enforcement Division 66-01
Jackson, MS 39215-1850

MS State Tax Commsion (fines)
P.O. Box 1033
Jackson, MS 39215-1033

(p)MISSISSIPPI STATE TAX COMMISSION
P O BOX 22808
JACKSON MS 39225-2808

MS State Tax Commission
MS State Tax -Motor Vehicle Licensing Bu
P.O. Box 1140
Jackson, MS 39215-1140

MS Tax Commission (Titles)
P.O. Box 1383
Gulfport, MS 39502-1383

MacArthur Brown
4300 Burgess Dr.
Baker, LA 70714-2410

Malcom Jackson
63417 Jones Creek Rd.
Angie, LA 70426

Marcus M. Wilson
Bennett Lotterhos Sulser & Wilson, P.A.
P.O. Box 98
Jackson, MS 39205-0098

Marcus Riley
3884 Welham Green Court
Douglasville, GA 30135-7233

Marcus Thigpen
3964 Hwy 18
Rose Hill, MS 39356-5373

Mario Smith
407 WillowBay Drive
Byram, MS 39272-3503

Marion Tucker, Jr.
802 E. Church Street
Fort Valley, GA 31030-3107

Mark Daley
1200 Annhurst Ct. Apt. D.
Belcamp, MD 21017-1486

Mark Kennedy
1130 High Point
Midlothian, TX 76065-5862

Mark Ziemak
7 Hemlock Circle
Stafford Springs, CT 06076-4300

Marquez Alexander
300 Arrowhead Drive
Vallejo, CA 94589-1783

Marvin McClinton
4146 Maple Leaf
New Orleans, LA 70131-7423

Marvin Williams
119 Richland Road
Petersburg, VA 23805-9103

Maurice Patterson
7867 Marshall Court
Fontana, CA 92336-5493

Maynard/Holly Howard
779 Foster Hill Rd.
Farmington, ME 04938

Melvin Cox, Jr.
455 Milton Dr
Winterville, NC 28590-8797

Melvin Sims
1108 Mulkey Lane
Denton, TX 76209-4744

Melvin/VTO Transportation LLC
7426 Stetson Dr. Unit 1038 E
Scottsdale, AZ 85251-3866

Merle Tyndall
314 Glover Road
Dunn, NC 28334-1602

Mesa Revenue Collections Operations
55 North Center Street
Mesa, AZ 85201-7320

Michael Baker
674 Villager Circle
Baltimore, MD 21222-8800

Michael Burleson
14868 S. Camino Tierra Alegra
Sahuarita, AZ 85629-8981

Michael Chambers Sr.
1098 Brown Creek Church
Wadesboro, NC 28170-8124

Michael Finney
7605 Galena Dr.
Fayetteville, NC 28314-8424

Michael Hill
1824 West Marquette Rd.
Chicago, IL 60636-3207

Michael Jones
1268 Old Whitesillve Rd.
Moncks Corner, SC 29461-2515

Michael King Jr.
515 Twin Brook Way
Lawrenceville, GA 30043-5477

Michael Owens
5303 Black Bayou Road
Leland, MS 38756-9337

Michael Swank
182 SW Mikes Glen
Lake City, FL 32024-0511

Michael Williams
1812 N. Avalon Drive
Savannah, GA 31404-2300

Middle GA Freightliner
6391 Hawkinsville RD
Macon, GA 31216-5897

Miguel Ortega
4215 S. Kansas Avenue #8
Los Angeles, CA 90037-2447

Miguel Ortega Dominguez
3307 Don Pedro Road
Ceres, CA 95307-9437

Mika Nelson
1969 Coupland Drive
La Porte, TX 77571-2601

Mike Berger
7200 Brooks Rd.
Brown City, MI 48416-9016

Minyanna Streety
8409 James Taylor Lane
Pensacola, FL 32534-5851

Mircea Hoban
108 Wilcox St. Apt. 303
Rochester, MI 48307-1961

Moises Suarez Melendrez
4341 S. Camino DeOest
Tucson, AZ 85746-8453

Monte Belton
1802 N.E. Loop 410 Suite 4
Houston, TX 77065

Moonpie, FLP
Patrick and Kelli Brander
4 Menaggio Court Lake
Henderson, NV 89011-2815

Mose Harmon
202 Orlando St
Greenville, MS 38701-4221

Najwaa Richardson
5757 Orchard Avenue
Fredrick, CO 80504-5645

Nathaniel Wilson
7817 Monette Street
Metairie, LA 70003-6442

Natthen Damann
888 S. Curtis
Welch, OK 74369-9039

Nicholas Cox
140 NE 47th Ave. Apt. 43
Hillsboro, OR 97124-6466

Nicolae Ermurachi
1381 South Alder Creek Court
Romeoville, IL 60446-5344

Noureddine Aidoudi
1814 Marble Dr. Apt. 1083
Arlington, TX 76013-6151

Olivia Spencer
King & Spencer
PO Box 123
Jackson, MS 39205-0123

Ophelia Mccreary Lee
1932 Hornady Drive
Monroeville, AL 36460-8667

Ophtate Jackson
4850 Hibbs Grove Way
Fort Lauderdale, FL 33330-4449

Orange Grove Lock & Key
123 West Chipwood Drive
Gulfport, MS 39503-5120

Oscar Garcia
771 South Tulip Street
Escondido, CA 92025-3938

Oscar Hercules
9240 Brundidge Rd.
Chesterfield, VA 23236-3403

Otto Haynes, Jr.
2902 Sunset Dr.
San Angelo, TX 76904-6511

PAI Industries, Inc.
P.O. Box 530491
Atlanta, GA 30353-0491

Paccar Financial
P.O. Box 530491
Atlanta, GA 30353-0491

Patrick Norman
8818 Meadowview Drive
Houston, TX 77037-2334

Pedro Pallares
2605 Fir Street
El Paso, TX 79925-5303

Performance Auto Upholstery
17251 Highway 53
Gulfport, MS 39503-9310

Peterbilt of Atlanta
172 Van Mar Blvd
Jackson, GA 30233-6254

Philip Madden
153 Hollow Tree Ct.
Lugoff, SC 29078-8618

Phillip Delp
917 Beaver Dam Rd.
Canton, NC 28716-2735

Pride Staff Gulfport
28 Pass Road, Suite 500
Gulfport MS 39507-3268

Primary Care Medical Center
15444 Dedeaux Road
Gulfport, MS 39503-2637

Prosper Igbi
2911 Millbrook Woods Dr. Unit 306
Raleigh, NC 27604-2986

Quanta Peters
29108 Military Road
Angie, LA 70426-1742

Quincy Jones
6901 Roswell Rd. #E
Sandy Springs, GA 30328-2306

Ralph Ogburn
3517 Dewing Drive
Raleigh, NC 27616-8957

Randall Cook
1522 Old Dine Field Rd.
Middleburg, FL 32068-3144

Randell Fuller
8715 Donley Dr.
Houston, TX 77088-3427

Randy Foster
2319 Swift Creek School Rd.
Whitakers, NC 27891-9691

Randy Hetrick
18258 Rt. 322
Strattanville, PA 16258-2822

Raymond Martin d/b/a Willie Whitfield
119 Cheskapeak Avenue
Newport News, VA 23607-6036

Raymond Rhoads
37 Boles Avenue
Wentzville, MO 63385-1917

Raymond/Stephanie Toombs
24050 Penton Road
Franklinton, LA 70438-6150

Redbank Transport, Inc.
c/o Patrick Healy
909 Wright's Summit Pkwy, Ste. 230
Covington, KY 41011-2783

Reginald White
1350 Van Dyke Avenue SE
Palm Bay, FL 32909-5353

Relinskee Patterson
1413 Eastwood Village Drive
Stockbridge, GA 30281-7742

Rhonda Butler
1575 Thornwick Trace
Stockbridge, GA 30281-2093

Riccardo Foots
203 Hempstead St.
Fulton, AR 71838

Richard Carroll III
413 Walnut Creek Dr.
Azle, TX 76020-2429

Richard Gaddis II
11047 Twin Ponds Dr.
Windsor, VA 23487-5441

Richard Holland
1788 New Hope Cedar Point
New Hope, AL 35760-9718

Richard Johnson
16120 N.W. Shore Rd.
Nine Mile Falls, WA 99026

Richard Lewis
1011 Lowry Ave.
Durham, NC 27701-2654

Richard Salinas
3604 Mehgan Avenue
Bakersfield, CA 93312-2012

Rigoberto Freeman
501 Ashford Dr.
Longmont, CO 80504-2528

Ritchie Coleman
205 Kettering Rd.
Davenport, FL 33897-7738

Robert Arrendondo
7351 Norwalk Bl G-1
Whittier, CA 90606

Robert Gordon
2722 Yamada Ln
Middle River, MD 21220

Robert Maranga
4204 Esters Road, Apt. 312
Irving, TX 75038-4770

Robert Pines III
235 Pharr Road NE Unit 3502
Atlanta, GA 30305-2552

Robert Porter
729 Cliffedge Road
Pikesville, MD 21208-4604

Robert Steadman
1542 Hwy. 67 South
Cedar Hill, TX 75104-3622

Robert Woods Jr.
10242 Menominee Drive
Cincinnati, OH 45251-1710

Roberts Tire Sales, Inc.
4747 S. Power Rd
Mesa, AZ 85212-3600

Roderick Crowell
5241 Canal Rd.
Winchester, OH 43110

Rodney Pullard
9985 Campus Way South
Upper Marlboro, MD 20774-2151

Rodney North
8370 Walnut Street SW
Sherrodsville, OH 44675-9589

Roger Jones
2307 Burbank Ave.
Nashville, TN 37210-4959

Ronald Haskins
1358 Brown Avenue
Kansas City, KS 66104-4927

Rowdy Schmidt
7 Chestnut Hill
Portland, TN 37148-5475

Roy Jackson
12781 Ashbrook Circle East
Jacksonville, FL 32225-3857

Rush Truck Center
P.O. Box 34630
San Antonio, TX 78265-4630

Russel Stender
922 Parkway Blvd.
Alliance, OH 44601-3737

Russell Hill
230 Locust Dr.
Waverly, VA 23890-5027

Russell Smith
328 Cresthaven Drive
Gaffney, SC 29341-1210

Ruth Oswalt
4924 Chickadee Dr.
Lafayette, IN 47909-9085

SAIA Motor Freight
P.O. Box 730532
Dallas, TX 75373-0532

Samuel Akonchong
5790 Highway 59 #5069
Riverdale, GA 30274

Samuel Fair
501 Lake Otis Dr.
Winter Haven, FL 33880-3557

Samuel Gaines
111 Bluewater Dr.
Hazel Green, AL 35750-7638

Samuel Hopkins
5565 Acker Field Ave. Apt. 504
Long Beach, CA 90805-4928

Saud Jonny
10431 Rd. 610
Philadelphia, PA 19152

Scott Onstad
5319 Culbreath Road
Brooksville, FL 34601-5720

Sean Evans
5112 Hallmark Dr.
N. Chesterfield, VA 23234-4528

Shameer Khan
240 Cherry Way
Hayward, CA 94541-1905

Shane Shisler
1325 County Road
Decatur, TX 76234

Sharif Mursal
3902 Garland Avenue
Louisville, KY 40211-2707

Shawn Chambers
4117 Vann Sneed Rd.
Memphis, TN 38103

Shawndell Payton
1104 William Street
Rock Hill, SC 29732-2251

Shone Howard
14693 Karen Dr.
Victorville, CA 92394-6997

Shun Jackson
3615 Mickles Dr.
Millbrook, AL 36054-3532

Smart Costa
5903 E. Pembrook St.
Wichita, KS 67220-2652

Souren Arakelian
12939 Oxnard St. Apt. 3
Van Nuys, CA 91401-4109

Speedy Recovery Services Inc.
2270 S. Stone Moutain Lithonia Rd.
Lithonia, GA 30058-5253

Stephanida Bagley
3210 Ballground Rd.
Chatsworth, GA 30705-6952

Stephanie CRuz
111 Wista Street
Edcouch, TX 78538

Stephen Kangari
244 Edgebrook Dr.
Boylston, MA 01505-1718

Steve Hulsey
681 Duckhead Rd.
Lake Ozark, MO 65049-5840

Steve Rizza
3671 County Road 122
Wasola, MO 65773-5258

Steven Butler
10917 Dulin Creek Blvd.
Charlotte, NC 28215-9043

Steven Davis
350 Cohron St.
Mobile, AL 36607-2004

Steven Leftwich
228 Glencroft Dr.
Wingate, NC 28174-7808

SunSouth Capital, Inc.
P.O. Box 1910
Dothan, AL 36302-1910

Suzanne Armijo DBA Hollywood Logistics
2 Flossmore
Trabuco Canyon, CA 92679-3716

Suzanne Ramsey Armijo
2 Flossmoor
Trabuco Canyon, CA 92679-3716

Tamara Craven
165 Crepe Myrtle Rd.
Moultrie, GA 31788-2232

Terence McRae
386 Andrews Road
Columbus, GA 31903-1240

Termaine Jefferson
20179 Camden Lane
Hammond, LA 70403-0553

Terrance Barnes
2369 Hopkins Rd S/W
Powder Springs, GA 30127-1516

Terrance McClain
3323 E. 55th
Cleveland, OH 44127-1547

Terrell Hunter
4893 Terrace Green Trace
Stone Mountain, GA 30088-3750

Terrence Lawhorne
288 Forest Knoll Place SE
Rochester, MN 55904-8472

Terrence Shingles
6428 Fairmount Road
Columbus, GA 31907-3727

The Buckner Company
2225 Washington Blvd. Ste. 210
Ogden, UT 84401-6887

The Center for Health Management
Stanford Owen M.D.
3300 15th Street
Gulfport, MS 39501-3901

The Entrust Group, Inc.
FBO Clarence Lee Bruckner
555 12th Street Suite 1250
Oakland, CA 94607-4095

The Peoples Bank
P.O. Drawer 529
Biloxi, MS 39533-0529

The Peoples Bank (Investors Checks)
Custodian Clarence L. Bruckner
P.O. Box 1416
Biloxi, MS 39533-1416

Therman Simpson Jr.
5935 Fairmarket Pl.
Charlotte, NC 28215-2432

Thomas Hildreth
2024 Lebaron Dr. W
Mobile, AL 36618-5114

Thomas Stanley
18712 North Hogan Road
Aurora, IN 47001-8024

Thornell Punches, Jr.
35152 Sara Ct.
Locust Grove, VA 22508-2192

Timmy Williams
4017 Terrace Drive
Amarillo, TX 79109-5524

Timothy Bass
3925 Mount Mariah Chruch Rd.
Clinton, NC 28328-0422

Timothy McDaniel
975 Elder Road
Griffin, GA 30223-5617

Timothy Parker / Amelia Buxton
235 Prosperity Street
Shubuta, MS 39360

Timothy Troutman
8809 Reedy Creek Road
Charlotte, NC 28215-6082

Tire Centers LLC
9250 Canal Road
Gulfport, MS 39503-9086

Tobias Kelly
2736 Millridge Dr
Florence, SC 29505-3947

Todd Brown
2100 Cainhoy Rd.
Huger, SC 29450-9584

Todd Hubbard
3591 Quail Lake Drive
Stockton, CA 95207-5234

Todd Newsome
14528 Davis Lane
Branchville, VA 23828-2304

Tony Gauthier
4189 North River Rd.
Port Allen, LA 70767

Tony Giambrone
4512 Kent Ave.
Metairie, LA 70006-2064

Travis Elder
76 Whitaker St
Lawrenceville, VA 23868-3458

Troy Bowser
3461 East Bonner Dr.
Norfolk, VA 23513-4248

Troy Looney
514 Madeline Ct.
Mountain Grove, MO 65711-7506

Troy Neatherlin
225 Park Lane #6
Lomira, WI 53048-9327

Troy Reagles
85 Gateway Blvd.
Rock Springs, WY 82901-5708

Trustmark National Bank
Loan Operations
P.O. Box 1182
Jackson, MS 39215-1182

Tyrone Thompson
34888  11th Street, Apt. #608
Union City, CA 94587-8550

Tyrone Tucker Sr.
4806 Linden Street
Columbia, SC 29203-4232

U. S. Securities and Exchange Commission
1575 20th Avenue
2nd Floor
Gulfport MS 39501-2040

U. S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta GA 30326-1382

U.S. Securities and Exchange Commission
c/o United States Attorney
501 E. Court Street, Ste. 4.430
Jackson, MS 39201-5025

UPS Freight
P.O. Box 730900
Dallas, TX 75373-0900

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

Urgent Care
P.O. Box 869
Long Beach, MS 39560-0869

Vanguard Truck Center - Phoenix
2402 South 19th Avenue
Phoenix, AZ 85009-6931

Verles Mealhouse III
100 Dusty Arch Drive
Marion, NC 28752-7920

Vernon Guichard III
327 Riviera Dr.
Slidell, LA 70460-5119

Vicente Hernandez
130 N. Lesueur Apt. 1
Mesa, AZ 85203-8774

Vicente Ruiz #2 Guerrero
17948 18 Ave.
Lemoore, CA 93245-9745

Victor Cruz-Rosario
5553 Madres Mesa Drive
Las Vegas, NV 89108-3625

Victor Delacruz
4701 Lawrence St. Unit 2170
North Las Vegas, NV 89081-4205

Victor Gavri
15 Copper Beach Dr.
Cheshire, CT 06410-2950

Victor Rosario Cruz
5553 Madres Mesa Drive
Las Vegas, NV 89108-3625

Vincente Ruiz Guerrero
480 W Iona Avenue
Lemoore, CA 93245-9717

W. Frank Newton II
WFN Finance Co
960 Pleasant Mill Road Suite K3
Lawrenceville, GA 30044-3383

Warmimikanki, Inc.
545 S. 3430 East New Harmony
New Harmony, UT 84757-5018

Wayne Hill
4697 Rose Lee Dr.
Columbus, GA 31907

Wayne Simpson Jr.
2845 Magic Rock Drive
El Paso, TX 79938-4551

Wayne Wright
2417 Brentnell Avenue
Columbus, OH 43211-1900

Western Investors
18001 Kellogg Road
Saucier, MS 39574-7050

Willard McNeil
2004 Philadelphia Street
Darlington, SC 29532-6630

William Blackburn
3611 Rice Mine Rd. NE
Tuscaloosa, AL 35406-1599

William Higgs
765 Boyd's School Rd.
Gettysburg, PA 17325-8017

William Lewis
3018 Homer Adams Road
Morse, LA 70559-2925

William Nelson
1724 Wildwood Road
Irwin, IA 51446-7549

William Reed
415 West St. Loui Avenue, Apt.
Effingham, IL 62401-2239

Willie McCall
15103 Tabor Avenue
Maple Heights, OH 44137-3868

Willie Robertson, Jr.
13920 Raurelton
Rosedale, NY 11422-1910

Wilson Gafuero
4106 Anderson Ave.
Kansas City, MO 64123-1637

Woodrow Kary
8064 Reeps Grove Church Rd.
Vale, NC 28168-8609

Yolo Capital, Inc.
6 LaRue Ct.
Biltmore Lake, NC 28715-8969

Yvette Mitchell d/b/a E-Cal Trucking, LL
1901 El Nido Avenue
Perris, CA 92571-3703

Yvette Young
17 Aspen Court
Elgin, SC 29045-9489

ZB Brock, Jr.
5783 Moorefield Rd.
Carlisle, KY 40311-9431

Zachary Meadows
1164 Amberstapp Studdard
Social Circle, GA 30025-4500

Benjamin W. Kadden
Lugenbuhl Wheaton Peck Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130-6041

Christopher T. Caplinger
Lugenbuhl Wheaton Peck Rankin & Hubbar
601 Poydras St Ste 2775
New Orleans, LA 70130-6041

James W. Thurman
Lugenbuhl,Wheaton,Peck,Rankin & Hubbard
601 Poydra Street Suite 2775
New Orleans, LA 70130-6041

Joseph P. Briggett
Lugenbuhl,Wheaton,Peck,Rankin & Hubbard
601 Poydra Street Suite 2775
New Orleans, LA 70130-6041

Meredith S Grabill
Lugenbuhl Wheaton Peck Rankin & Hubbard
601 Poydras Street Suite 2775
New Orleans, LA 70130-6041

Stewart Foster Peck
Lugenbuhl,Wheaton,Peck,Rankin & Hubbard
601 Poydras St., Ste. 2775
New Orleans, LA 70130-6041

William P. Wessler
William P. Wessler
1624 24th Avenue
PO Box 175
Gulfport, MS 39502-0175

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Dept. of Revenue
Taxpayer Service Division
P.O. Box 740321
Atlanta, GA 30374-0321

Internal Revenue Service
P O Box 21126
Philadelphia PA 19114

MS State Tax Commission
Bankruptcy Section
P O Box 23338
Jackson MS 39225

(d)Mississippi State Tax Commission
P.O. Box 1033
Jackson, MS 39215

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Louis J. Normand, Jr.
80 Oleander Court
Mandeville, LA 70471-6789

End of Label Matrix
Mailable recipients    553
Bypassed recipients      1
Total                  554